NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARUS HOLDINGS INC.,**
*Plaintiff-Appellant*

**v.**

**SALLIE MAE BANK, NAVIENT SOLUTIONS INC., PNC BANK, N.A., SUNTRUST BANK, SUNTRUST MORTGAGE INC.,**
*Defendants-Appellees*

---

2016-1179, 2016-1180, 2016-1181

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:14-cv-01427-SLR, 1:14-cv-01428-SLR, 1:14-cv-01429-SLR, Judge Sue L. Robinson.

---

## JUDGMENT

---

FRANK V. PIETRANTONIO, Cooley LLP, Reston, VA, argued for plaintiff-appellant. Also represented by NATHAN K. CUMMINGS, JONATHAN GARWOOD GRAVES; LOUIS JAMES HOFFMAN, Hoffman Patent Firm, Scottsdale, AZ.

LIONEL M. LAVENUE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for all defendants-appellees. Defendants-appellees PNC Bank,

N.A., Suntrust Bank, Suntrust Mortgage Inc. also represented by DANIEL CRAIG COOLEY; SHATON C. MENZIE, Atlanta, GA.

LUKE PEDERSEN, BAKER BOTTS, LLP, Washington, DC, for defendant-appellee Sallie Mae Bank.

JASON W. COOK, McGuireWoods LLP, Dallas, TX, for defendant-appellee Navient Solutions Inc. Also represented by BRIAN DAVID SCHMALZBACH, Richmond, VA.

––––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 27, 2017 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |